IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCOIS HOLLOWAY, | : | |
| Plaintiff, | : | 3:14-cv-0016 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| RONNIE HOLT, et al., | : | |
| Defendants. | : | |

### ORDER

**NOW, THEREFORE,** this 2nd day of March, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and/or, in the alternative, for summary judgment, (Doc. 14), is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge